UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVA-GARCIA,<br><br>                      Plaintiff,<br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                      Defendants. | Case No.: 22-CV-1478-MMA-WVG<br><br>**ORDER SETTING BRIEFING REGARDING DISCOVERY DISPUTE RAISED APRIL 6, 2023** |

      On April 6, 2023, the Parties jointly contacted Judge Gallo's chambers to raise a discovery dispute pertaining to Defendants' subpoenas seeking Plaintiff's psychiatric medical records. The Court immediately convened a Discovery Conference. Brody A. McBride appeared on behalf of Plaintiff. Gary D. Leasure appeared on behalf of Defendants. Upon conferring with counsel for the Parties, the Court ORDERS:

      No later than **5:00 p.m., Thursday, April 20, 2023**, the Parties shall file simultaneous briefing detailing each party's position and case law to support whether the discovery sought by Defendant is appropriate and relevant to this matter. The briefing shall be limited to five (5) pages maximum, excluding exhibits. No reply briefs shall be accepted unless separately ordered by the Court.

      **IT IS SO ORDERED.**

DATED: April 6, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge