UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVA-GARCIA,<br><br>         Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>         Defendants. | Case No.: 22-CV-1478-MMA-WVG<br><br>**ORDER GRANTING SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>[ECF No. 27] |

On June 16, 2023, the Parties filed a second Joint Motion to Modify Scheduling Order, seeking a sixty (60) day continuance of the fact discovery deadline limited to eight fact witness depositions. ("Joint Motion", ECF No. 27.) The Joint Motion indicates the Parties will have completed written and document discovery by the fact discovery deadline of July 11, 2023 and have stipulated to Plaintiff's examination by Defendants' medical expert, thus narrowing the scope of Plaintiff's potential damages. (*Id.* at 2.) The Joint Motion also indicates that upon completion of Plaintiff's deposition on June 15, 2023, "it became clear to the parties they may be able to resolve this entire case without taking further depositions." (*Id.*) Thus the Parties seek a sixty-day continuance to allow the Parties to focus on settlement negotiations. Good cause appearing, the Joint Motion is GRANTED.

1 | Accordingly, the Court modifies the July 11, 2023 fact discovery deadline solely for the purposes of allowing the Parties to conduct eight fact depositions, no later than September 15, 2023. The

No other dates or deadlines in the January 10, 2023 Scheduling Order (ECF No. 17) and May 2, 2023 Scheduling Order are affected. (ECF No. 25.)

**IT IS SO ORDERED.**

DATED: June 20, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge